# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Robert McElroy | Civil Action<br>No: 15cv13342-WGY |
| Plaintiff |  |
| v. |  |
| Kream and Kream<br>Defendant |  |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on October 28, 2015 that the above-entitled action has been settled:

    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

 

By the Court,

/s/Matthew A. Paine

**Deputy Clerk**

October 29, 2015

**To: All Counsel**